Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| |
|---|
| GLOBE SPECIALTY METALS, INC. and MISSISSIPPI SILICON LLC, <br><br>                           **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES,** <br><br>                           **Defendant.** |

S U M M O N S

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Globe Specialty Metals, Inc. and Mississippi Silicon LLC; 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Silicon Metal From Bosnia and Herzegovina and Iceland: Final Affirmative Determinations of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances for Iceland, 86 Fed. Reg. 11,720 (Feb. 26, 2021); Silicon Metal From Bosnia and Herzegovina and Iceland: Antidumping Duty Orders, 86 Fed. Reg. 20,364 (Apr. 19, 2021).
   (Brief description of contested determination)

3. 02/22/2021
   (Date of determination)

4. 02/26/2021 and 4/19/2021
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Adam H. Gordon
Signature of Plaintiff's Attorney

05/14/2021
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Adam H. Gordon
1707 L Street, NW Suite 570
Washington, DC 20036
E:  adam.gordon@bristolgrouplaw.com
T:  202-991-2701

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)