<u>J U D G M E N T</u>

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - -x

GLOBE SPECIALTY METALS, INC. and     :
MISSISSIPPI SILICON LLC,
                                     :
             Plaintiffs,
                                     :
        v.                                Court No. 21-00231
                                     :
UNITED STATES,
                                     :
             Defendant.
                                     :
- - - - - - - - - - - - - - - - - - -x

      This action having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein;  Now therefore, in conformity with said decision, it is

      ORDERED, ADJUDGED and DECREED that plaintiffs' Motion for Judgment on the Administrative Record be, and it hereby is, denied; and it is further

      ORDERED, ADJUDGED and DECREED that this action be, and it hereby is, dismissed.

Dated:   New York, New York
        March 21, 2022

                                         <u>/s/   Thomas J. Aquilino, Jr.</u>
                                                   Senior Judge