**ERRATA**

In <u>Globe Specialty Metals, Inc. v. United States</u>, Court No. 21-00231, Public Slip Op. 22-23, dated March 21, 2022:

Page 14, last line:  Replace "no" with "not".

March 21, 2022